```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

LARRY WILSON                                              PLAINTIFF

    V.                    Civil No. 09-6025

JAQUEINE NEWBORN, *et al.*                               DEFENDANTS

O R D E R

On this 10th day of September 2010, there comes on for consideration the report and recommendation filed in this case on August 18, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 27). No objections were filed to the report and recommendation.[1]

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                 /s/ Robert T. Dawson
                                 Honorable Robert T. Dawson
                                 United States District Judge

---

[1] The Court notes that Plaintiff's copy of the report and recommendation was returned as undeliverable. However, the summary judgment questionnaire previously mailed to Plaintiff at the same address has not been returned, and Plaintiff has not provided the Court with any change of address.